

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 23, 2022

<u>**By Email**</u>

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:     *United States v. Patrick Chellel, et al.*, S1 21 Cr. 441 (KMK)**

Dear Judge Davison,

     In light of the arrest of the defendant Patrick Chellel in the above-titled matter, the Government respectfully requests that the above-referenced superseding indictment be unsealed.

So ordered 3/23/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Nicholas S. Bradley / Jennifer N. Ong
Assistant Unites States Attorneys
(212) 637-1581 /(914) 993-1926