UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>       v.<br><br>PATRICK CHELLEL, *et al.*,<br><br>                  Defendants. | Case No. 21-CR-441 (KMK)<br><br>MOTION SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

      The Court adopts the following briefing schedule: Defendants shall file any Motions by no later than July 10, 2023.  The Government shall file a response by no later than August 10, 2023.  Defendants shall file a reply by no later than September 11, 2023.

      The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    February 21, 2023
              White Plains, New York

                                                    KENNETH M. KARAS
                                                    UNITED STATES DISTRICT JUDGE