**LAW OFFICES**
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600   FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

October 16, 2023

MEMO ENDO.

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Chellel, et al (Darren Lindsay)**
**Docket # 21 CR 441 (KMK)**

Dear Judge Karas;

The PreSentence Report for Mr. Lindsay is scheduled to be disclosed today. I am still in the process of preparing certain objections to the report, primarily related to personal matters and calculations of the guidelines. None of the objections would implicate issues requiring a Fatico hearing.

I respectfully request that the Court order the disclosure of the report be delayed for thirty days, to permit me sufficient time to formulate and file the objections, and for the government and/or probation to respond. I have been in contact with AUSA Nicholas Bradley and USPO Michelle Millan, and both consent. Officer Millan indicates that she will release the report unless the Court so orders this letter.

Thank you for your courtesy and consideration.

Granted.
So Ordered.
*[signature]*
10/16/23

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs
cc:     AUSA Nicholas Bradley (by ECF)
        USPO Michelle Millan (by email)